1  Tanya Moore, Esq. SBN 206683
   Zachary M. Best, SBN 166035
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California  95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046
   E-mail: service@moorelawfirm.com
5
   Attorneys for Plaintiff
6  Albert Dytch

7

8

9  **UNITED STATES DISTRICT COURT**

10 **NORTHERN DISTRICT OF CALIFORNIA**

11

12 ALBERT DYTCH,                          ) No.  4:16-cv-05413-KAW
                                          )
13         Plaintiff,                     ) **STIPULATION FOR EXTENSION OF**
                                          ) **TIME FOR DEFENDANT BERKELEY**
14     vs.                                ) **RESTAURANT GROUP, LLC DBA**
                                          ) **IPPUKU RESTAURANT TO RESPOND**
15 BERKELEY RESTAURANT GROUP, LLC         ) **TO COMPLAINT**
   dba IPPUKU RESTAURANT, et al.,         )
16                                        )
                                          )
17         Defendants.                    )
                                          )
18                                        )
                                          )
19                                        )
                                          )
20 _____)

21

22

23

24

25

26

27

28

**IT IS HEREBY STIPULATED** by and between Plaintiff, Albert Dytch ("Plaintiff"), by and through his counsel, and Defendant, Berkeley Restaurant Group, LLC dba Ippuku Restaurant ("Defendant"), which is currently seeking counsel and is specially appearing on its own behalf for the sole purpose of obtaining this extension, that pursuant to Federal Rule of Civil Procedure 6(a) and Local Rule 6-1(a), Defendant may have to and including November 28, 2016 to file a responsive pleading in this matter. This extension of time is Defendant's first extension and does not alter the date of any event or any deadline already fixed by Court order.

Dated: October 31, 2016                MOORE LAW FIRM, P.C.

                                       */s/ Tanya E. Moore*
                                       Tanya E. Moore
                                       Attorneys for Plaintiff
                                       Albert Dytch


Dated: October 31, 2016                Signed: */s/ Christian Geidemann*
                                       Berkeley Restaurant Group, LLC dba
                                       Ippuku Restaurant
                                       Print Name: Christian Geidemann
                                       Print Title: Member

I attest that the signature of the person whose electronic signature is shown above is maintained by me, and that their concurrence in the filing of this document and attribution of their signature was obtained.

                                       */s/ Tanya E. Moore*
                                       Tanya E. Moore
                                       Attorneys for Plaintiff,
                                       Albert Dytch