UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT DYTCH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BERKELEY RESTAURANT GROUP, LLC, et al.,<br><br>　　　　Defendants. | Case No. 16-cv-05413-WHO<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 16 |

　　Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice. The Clerk shall close the case.

Dated: January 4, 2017

_____
WILLIAM H. ORRICK
United States District Judge